## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Diane Derosier** | ) | |
| **Plaintiff** | ) | **Civil Action No.:** |
| | ) | |
| **vs.** | ) | _____ |
| | ) | |
| **Hunter Warfield, Inc.** | ) | |
| **Defendant** | ) | |

## VERIFIED COMPLAINT
## JURY TRIAL DEMANDED

Comes now the Plaintiff in the above styled matter, by and through her attorney, Marcus A. Semmes, and states her claim for relief as follows:

## PRELIMINARY STATEMENT

1.    This is an action for damages brought by individual consumers for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq. ("FDCPA").

## PARTIES

2.    At all times herein, Plaintiff was and is an individual residing in Baldwin County Alabama.

3.    Defendant Hunter Warfield, Inc., is a corporation organized under the laws of the State of Maryland with its principle place of business located at 4620 Woodland Corporate Blvd., Tampa, FL 33614. Its registered agent is Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525. Defendant is in the business of debt collection in the State

of Alabama. Defendant operated and conducted business in the Southern District of

Alabama and elsewhere within the State of Alabama and nationally.

## VENUE AND JURISDICTION

4.      This Court has both personal and subject matter jurisdiction to hear this case pursuant to

15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1332.

5.      Venue lies in this District pursuant to Section 1391 of Title 28 of the United States Code.

## BACKGROUND FACTS

6.      On or about April 13, 2013, the Plaintiff did enter into a lease agreement with Gulf

Shores Multifamily Partners, LTD D/B/A Villas to lease an apartment as her residence.

Said apartment was 19000 Oak Road West, Apartment #4100 Gulf Shores, AL 36542.

7.      Plaintiff vacated apartment on or about February 2014.

8.      On or about January 27, 2014, Gulf Shores Multifamily Partners, LTD D/B/A Villas did

file an unlawful detainer action against the Plaintiff in the District Court of Baldwin Co.

Alabama, Case No. DV-2014-900136.00.

9.      The lease term was for one year beginning on April 13, 2013, with a monthly rate of

$625.00 per month.

10.     A copy of the lease was attached to an affidavit that was filed by Gulf Shores Multifamily

Partners, LTD D/B/A Villas in support of its motion for a default judgment in District

Court of Baldwin Co. Alabama, Case No. DV-2014-900136.00.

11.     A Judgment for possession of the property was entered, and Gulf Shores Multifamily

Partners, LTD D/B/A Villas dismissed its request for monetary judgment without

prejudice.

12.     The Plaintiff has received multiple written communications via United States Postal

Service mail from the Defendant attempting to collect the debt that is allegedly owed

based on the lease between Gulf Shores Multifamily Partners, LTD D/B/A Villas and the

Plaintiff.

13.     Said written communications occurred on November 6, 2015 and February 2, 2016 as

well as other dates.

14.     Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3) of the FDCPA

15.     The debt associated with said lease alleged to be owed by the Plaintiff was primarily for

personal, family or household purposes and is therefore a "debt" as that term is defined by

15 U.S.C. § 1692a(5)

16.   The above contacts by the Defendant were "communications" relating to a "debt" as

      defined by 15 U.S.C. §§ 1692a(2) and 1692a(5) of the FDCPA

17.   Upon information and belief, the Defendant in this instant case is attempting to collect

      monies allegedly owed based on the lease agreement between Gulf Shores Multifamily

      Partners, LTD D/B/A Villas and the Plaintiff.

18.   Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6) of the FDCPA.

19.   Defendant is currently attempting to collect amounts in excess of $3,000.00 from the

      Plaintiff.

20.   The Plaintiff did request validation of the debt that the Defendant is attempting to collect.

21.   The Defendant provided said validation on or about November 20, 2015.

22.   Said validation indicates that the Defendant is attempting to collect a debt based in part

      on $610 per month rent and $35 for cable services from the Plaintiff.

23.     The lease clearly indicates that the total monthly amount owed was "$625 (Base Rent

        $610.00 + Cable $35.00 – Monthly Special $20)" and "Specials: $400 off on move in

        April 2013 / $20 off each month for entire lease."

24.     The Defendant is attempting to collect an amount is in excess of what was contractually

        owed under the lease agreement.

25.     The bills sent from the Defendant on November 6, 2015 and February 2, 2016 indicated

        that the Defendant is demanding that the Plaintiff pay interest of approximately $300.00

        on the alleged principal amounts owed.

26.     Said lease agreement does not provide for interest on past due amounts owed.

27.     Said validation also demonstrates that the Defendant is attempting to collect amounts that

        the Plaintiff is not contractually obligate to pay, including a "Relet Fee" of $500.00.

28.     Upon information and belief, the Defendant regularly collects or attempts to collect debts

        owed or due or asserted to be owed or due other persons or businesses.

29.     The Defendant has caused harm to the Plaintiff in attempting to collect amounts that are

not owed.

30.    The Defendant has caused harm to the Plaintiff by reporting said undue amounts to credit

reporting agencies, including Experian, Equifax and Transunion. This reporting of

inaccurate information has resulted in the Plaintiff being unable to rent an apartment until

the undue amount is paid and her credit report corrected.

31.    The natural consequences of the Defendant's actions result in harassment, oppression and

abuse of the Plaintiff in violation of 15 U.S.C. § 1692d.

32.    The actions of the Defendant are false, deceptive or misleading by representing the

amount of the debt to be in excess of what is contractually due, and is a violation of 15

U.S.C. § 1692e.

33.    The actions of the Defendant are false, deceptive or misleading by communicating credit

information that is false and that the Defendant should know is false, and is a violation of

15 U.S.C. § 1692e.

34.    The Defendant had engaged in unfair practices in violation of 15 U.S.C. § 1692f by

attempting to collect an amount not expressly authorized by the lease agreement between

Gulf Shores Multifamily Partners, LTD D/B/A Villas and the Plaintiff.

35.     Pursuant to 15 U.S.C. § 1692k, the Defendant is liable to the Plaintiff for actual and statutory damages, as well as attorney's fees and costs of this action.

36.     As a result of the actions of the Defendant, the Plaintiff has suffered emotional distress and other actual damages, including, but not limited to, the Plaintiff being unable to rent housing, payment of rental application fees, and being forced to live in her vehicle while being unable to rent an apartment.

## TRIAL BY JURY

37.     Plaintiff is entitled to and hereby respectfully demands a trial by jury.

WHEREFORE, Plaintiff prays that this Court order:

   A.  an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against the Defendant in the amount of $90,000.00;

   B.  an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against the Defendant;

   C.  an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against the Defendant;

and

D. That the Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted this the 23 day of MARch, 2016

> **BY: /s/ Marcus A. Semmes**
> **Marcus A. Semmes SEMMM6791**
> **Semmes Law Firm, PC**
> **Attorney for Plaintiff**
> **311 Magnolia Ave., Ste. 300**
> **Fairhope, AL 36532**
> **(251)317-0117**
> **Marc.Semmes@SemmesLaw.com**

## VERIFICATION

**STATE OF ALABAMA** )
**COUNTY OF BALDWIN** )

BEFORE ME, the undersigned Notary Public, on this day personally appeared **DIANE DEROSIER**, who being duly sworn under oath deposed and said that she is the Plaintiff in the above-entitled cause, and that she has read the above and foregoing pleading, and that every statement contained therein is true and correct to the best of her knowledge.

**DIANE DEROSIER**

Subscribed and sworn to before me on this the 15th day of March, 2016

NOTARY PUBLIC
My commission expires: 9/9/19