# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DIANE A. DEROSIER,** | ) |
| Plaintiff, | ) |
| v. | )   CIVIL ACTION NO. 16-0124-KD-C |
| **HUNTER WARFIELD, INC.,** | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on notice from the Plaintiff Diane A. Derosier that this action has settled but additional time is necessary to finalize the settlement documents.

Accordingly, this action is **DISMISSED with prejudice** from the active docket of this Court, **subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order should the settlement not be completed.**

**DONE** and **ORDERED** this 24th day of May 2016.

 s / Kristi K. DuBose
 KRISTI K. DuBOSE
 UNITED STATES DISTRICT JUDGE